# Sloan v. Winston.

APPEAL from Marshall Chancery Court.

Heard before the Hon. S. K. McSPADDEN.

O. D. STREET, for appellants.

LUSK & BELL and JOHN G. WINSTON, JR., *contra*.

Bill against the appellees to enforce a vendor's lien. Decree denying complainant relief affirmed.
Opinion by COLEMAN, J.
BRICKELL, C. J., not sitting.

---

# *Ex parte* Skipper.

Application for *Habeas Corpus*.

I. H. PARKS, and PARKS, HARMON & GAMBLE, for petitioner.

WILLIAM C. FITTS, Attorney-General, for the State.

The application for *habeas corpus* was granted.
Opinion by HEAD, J.